## (November 16, 1979)

■ DONANNJIM CORPORATION, Appellant, v STATE OF NEW YORK, Respondent.—Motion by claimant-appellant for permission to prosecute appeal beyond the one-year period specified by 22 NYCRR 800.12. Motion denied, without costs, and appeal dismissed. The judgment of the Court of Claims is dated February 20, 1976. Pursuant to the rule, claimant-appellant's appeal was deemed abandoned as of July 1, 1977 (see *Hobs v State of New York,* 53 AD2d 998). The allegation by counsel that his law firm was disrupted for two years by a pending dissolution is insufficient to excuse the delay which in this case is inordinate. Mahoney, P. J., Sweeney, Kane, Main and Herlihy, JJ., concur.

■ In the Matter of JOSEPH MAYONE, Appellant, v COLONIAL SAND AND STONE et al., Respondents. WORKERS' COMPENSATION BOARD, Respondent.—Motion by appellant pursuant to 22 NYCRR 800.12 denied, without costs, and appeal dismissed. The decision of the board is dated January 19, 1978 and the appeal was therefore deemed abandoned on January 19, 1979 or almost eight months prior to the filing of the instant motion. Considering the uncomplicated nature of this appeal, claimant's excuse that the matter was not pursued because he "lost contact" with his attorneys due to personal reasons is simply inadequate. Mahoney, P. J., Sweeney, Kane and Herlihy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LAWRENCE GAINES, Petitioner, v EVERETT JONES et al., Respondents.—Application, pursuant to CPLR 7002 (subd [b], par 2) for writ of habeas corpus, denied. Greenblott, J. P., Sweeney, Main, Mikoll and Herlihy, JJ., concur.